JEFF WINCHESTER, ESQ. (Nevada Bar No. 10279)
E: JWinchester@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SEGMILLER, an individual,<br><br>     Plaintiff,<br><br>     vs.<br><br>BARNEY TRUCKING, INCORPORATED, a Utah corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>     Defendants. | Case No.:   2:26-cv-00292-JAD-DJA<br><br>**STIPULATION AND ORDER** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant BARNEY TRUCKING, INCORPORATED, files this Stipulation and Order to reschedule the hearing set for March 26 at 1:30 pm. Newly substituted counsel for Defendant has a long-scheduled business meeting out of state on March 26th, 2026.

The parties respectfully request that the hearing be rescheduled for a date during the week of April 13th, 2026,or at the Court's convenience.

1

**#11556344v1**

Dated this 18th day of March, 2026

O'HAGAN MEYER

By _____ */s/ Jeff Winchester* _____
JEFF WINCHESTER
Nevada Bar No. 10279
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendants*

Dated this 18th day of March, 2026

GREENBERG GROSS LLP

By: */s/ David C. Kiebler* _____
David C. Kiebler
Nevada Bar No. 16724
1980 Festival Plaza Drive
Suite 730
Las Vegas, Nevada 89135
*Attorney for Plaintiff*

IT IS ORDERED that the hearing set for March 26, 2026 is VACATED and CONTINUED to April 14, 2026, at 1:30 p.m.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 3/19/2026 _____

2