**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM SEGMILLER,<br><br>    Plaintiff,<br><br>v.<br><br>BARNEY TRUCKING, INCORPORATED,<br><br>    Defendant. | Case No. 2:26-cv-00292-JAD-DJA<br><br>**Order**<br><br>[Docket No. 24] |

Pending before the Court is a stipulation to reschedule the early neutral evaluation, Docket No. 24, which is **GRANTED**. The ENE is **RESET** for **10:00 a.m. on May 19, 2026**. Evaluation statements must be submitted, in an envelope marked "Confidential," directly to the undersigned's box in the Clerk's Office not later than **3:00 p.m. on May 12, 2026**. All other requirements in the prior order (Docket No. 12) remain in force. Further, the parties must meet and exchange settlement offers no later than May 5, 2026. No later than May 6, 2026, the parties must file notice on the docket as to whether an ENE would be fruitful or futile.

IT IS SO ORDERED.

Dated: April 20, 2026

Nancy J. Koppe
United States Magistrate Judge

1