# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| William Segmiller,<br><br>        Plaintiff(s),<br><br>v.<br><br>Barney Trucking, Incorporated,<br><br>        Defendant(s). | Case No. 2:26-cv-00292-JAD-DJA<br><br>**Order** |

The Court ordered the parties to exchange initial settlement proposals and to then file a notice as to whether proceeding with the scheduled early neutral evaluation (ENE) session would be futile.  Docket No. 11.  The parties filed a notice representing that they had "exchanged settlement offers" and believed an ENE "would be fruitful."  Docket No. 27 at 1.  The Court has now received the parties' *in camera* evaluation statements.  As a threshold matter, Defendant now disavows having ever made any prior settlement offer, despite its prior contrary representations to the Court.  Moreover and significantly, the initial offer that Defendant indicates it will make at the ENE is less than 1/100 the opening offer that Plaintiff plans to make.  Having reviewed the evaluation statements, the Court concludes that expending judicial resources on an ENE would not be a worthwhile endeavor in this case.  *See* Local Rule 16-6(c) ("The evaluating magistrate judge has final authority to . . . exempt any case from early neutral evaluation on the judge's own motion.  These orders are not appealable").  Accordingly, the early neutral evaluation is **VACATED**.  The Clerk's Office is **INSTRUCTED** to remove the ENE flag from this case and remove the undersigned from the docket as the settlement judge.

IT IS SO ORDERED.

Dated: May 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1